JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Erica Mejia | ) | 2:19-cv-01743-RSWL-Ex |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE |
| United States of America, et al. | ) | |
| Defendant. | ) | |

On June 18, 2019, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to file the proof of service of summons and complaint. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 25, 2019        s/ RONALD S.W. LEW
                            HONORABLE RONALD S. W. LEW
                            U.S. District Judge